BARRY GENE RHODES

Attorney at Law
16 Court Street
Brooklyn, New York 11241
Telephone (718) 624-3784

U.S. CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEPT 14 2005 ★

BROOKLYN OFFICE

Granted
So ordered

s/John Gleeson

August 30, 2005

9/12/05

Hon. John Gleeson
Judge
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>United States v. Manuel Nieves</u>
05 CR 101

Dear Judge Gleeson:

The defendant's bail includes a restriction that he reside with his girlfriend at her home. The house has been sold, however, and the new residence cannot yet be occupied. (Local housing inspections have not yet taken place.)

The defendant had to relocate and with the permission of Pre-Trial Services he is (temporarily) residing with his cousin, Frances Perez, and her baby, at 171 Irving Avenue, Brooklyn, NY 11237, Apartment 2R.

I have been unable to reach the assigned prosecutor, but, as noted, Pre-Trial Services approves of this temporary change.

I respectfully request that the defendant's bail be modified to require him to reside in premises authorized by Pre-Trial Services.

Respectfully yours,

BARRY GENE RHODES

BGR:nb
cc: AUSA Charles Kelly
    USPTSO Amina Adossa-Ali